**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Michael Haenlein
                           Plaintiff,

v.                                             Case No.: 1:22−cv−02849
                                                     Honorable Manish S. Shah

Remington Seeds, LLC
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 11, 2022:

      MINUTE entry before the Honorable Manish S. Shah: The motion for preliminary approval of class action settlement [20] is granted. The settlement is within the range of approval because it provides concrete monetary relief to class members who likely suffered no tangible harm and resolves the litigation with certainty and without the expenditure of substantial resources by both sides. The settlement was the result of arm's length negotiation and there are no signs of collusion at this time. The court has some hesitation over the phrasing of the notice stating that the relief is $900 per class member subject to deductions. At first glance, a class member who does not read the notice carefully might think they will receive $900, when after expenses and attorney's fees, the payment will be substantially less than $900 per class member. Based on the court's estimate of a likely fee award and expenses, assuming a class of 418 members, each class member is likely to receive several hundred dollars. Even using that metric, the settlement is within the range of approval because of the likely absence of actual damages and the litigation risk. The court approves the form and content of the proposed notice, but requests that it emphasize (in bold) the deductions, so no class member is under the impression that they will receive $900. The class is numerous, common questions predominate (e.g., whether the information involved biometric identifiers and whether defendant has a BIPA−compliant policy), plaintiff's claim is typical of other employees', and plaintiff and counsel are adequate representatives. Plaintiff shall submit a proposed order in Microsoft Word format, with dates certain for deadlines, to proposed_order_shah@ilnd.uscourts.gov. Final Approval Hearing is set for January 25, 2023, at 11:00 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.