# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAENLEIN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 22 cv 2849 ) |
| vs. | ) Hon. Judge Manish S. Shah ) ) |
| REMINGTON SEEDS, LLC, | ) ) |
| Defendant. | ) ) |

## UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL AND MOTION TO MODIFY AGREED ORDER GRANTING PRELIMINARY APPROVAL

Plaintiff Michael Haenlein ("Plaintiff") respectfully moves the Court to grant his Unopposed Renewed Motion for Preliminary Approval and Motion to Modify the Agreed Order Granting Preliminary Approval ("Renewed Motion"). In support of this Renewed Motion, Plaintiff state as follows:

1. Plaintiff moved this Court for preliminary approval of the class action settlement on October 7, 2022. (Dkt. 20). On October 11, 2022, this Court issued a minute order granting preliminary approval of the settlement. (Dkt. 23). On October 25, 2022, this Court issued an agreed order memorializing the grant of preliminary approval. (Dkt. 24).

2. Notices required by law and the Settlement Agreement must be delivered by or before a date certain from the filing of the motion for preliminary approval and from the date of the Court's approval.

3. Notice to class members is currently due to be disseminated no later than November 4, 2022, and the Final Approval Hearing in this matter is currently set for January 25, 2023 at 11:00 a.m. (*Id.*)

1

4. Defendant requires additional time to facilitate the statutory dissemination of the Notices, as required by 28 U.S.C. § 1715(b) and (d), and the parties agree that it is necessary and appropriate to seek the Court's approval of any changes in the schedule.

5. Plaintiff therefore files this Agreed Renewed Motion which fully incorporates the previously granted Motion for Preliminary Approval. (Dkt. No. 20). Granting of this Renewed Motion will modify the deadlines reflected in the Agreed Order Granting Preliminary Approval and provide the additional time required by the Defendant to facilitate dissemination of the notices.

6. Should the Court grant this agreed Renewed Motion, a proposed amended agreed order (identical in all respects to the Agreed Order Granting Preliminary Approval, except with respect to the dates certain in Paragraph 24) will be submitted per the Court's instructions.

WHEREFORE, the Plaintiff respectfully request that the Court grant this Unopposed Renewed Motion and direct the parties to submit a proposed amended agreed order granting preliminary approval with new dates in Paragraph 24 calculate from the (in the event it is granted) the granting of this Renewed Motion.

Date: November 3, 2022        Respectfully Submitted,

*/s/ Adam Florek*
Brandon M. Wise
Paul A. Lesko
Adam Florek
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
314-833-4825
bwise@peifferwolf.com
plesko@peifferwolf.com
aflorek@peifferwolf.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I filed the foregoing document with the clerk of the Court using the CM/ECF, which should further distribute a true and accurate copy of the foregoing to all counsel of record.

*/s/ Adam Florek*