# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael Haenlein

                       Plaintiff,

v.                                    Case No.: 1:22–cv–02849

                                                         Honorable Manish S. Shah

Remington Seeds, LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 3, 2023:

       MINUTE entry before the Honorable Manish S. Shah: Final approval hearing held. The motions for final approval of class action settlement [31] and for attorneys' fees, costs, and incentive award to plaintiff [29] are granted. Plaintiff is directed to submit the proposed final approval order to proposed_order_shah@ilnd.uscourts.gov in Microsoft Word format. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.